UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
RUSTY RENDON et al.,                              :

        Plaintiffs,                :       ORDER

-v.-                                              :
                                                                          22 Civ. 10428 (PGG) (GWG)
EXTREME NETWORKS, INC.                            :

        Defendant.                 :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      This complaint in this matter having been dismissed by Order dated March 31, 2025, and no motion to amend having been timely filed, the Clerk is directed to close this case.

      SO ORDERED.

Dated: April 18, 2025
       New York, New York

                                                          _____
                                                          GABRIEL W. GORENSTEIN
                                                          United States Magistrate Judge